IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TAMARA HANKINS**,

**Plaintiff,**

**v.**

**OXFORD MANAGEMENT SERVICES,**

**Defendant.**  **No. 09-0245-DRH**

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. Today, Plaintiff file a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) (Doc. 7). The Court **ACKNOWLEDGES** the notice of voluntary dismissal with prejudice. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 14th day of July, 2009.

/s/ David R Herndon
**Chief Judge
United States District Court**