# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TAMARA HANKINS, | ) | |
| Plaintiff, | ) ) ) | |
| VS. | ) | NO. 09-CV-245-DRH |
| OXFORD MANAGEMENT SERVICES, | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 14, 2009, this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

**JUSTINE FLANAGAN, ACTING CLERK**


BY: /s/*Sandy Pannier*
**Deputy Clerk**

Dated: July 15, 2009.


APPROVED: /s/ *David R Herndon*
CHIEF JUDGE
U. S. DISTRICT COURT